Christy O'Connor (Bar No. 250350)
Christy@ChristyOConnorLaw.com
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012
Telephone: (323) 716-5959

Attorneys for Defendant
BAR'EE DAQUEZ BOYD

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BAR'EE DAQUEZ BOYD,<br>Defendant. | Case No. 25-cr-00148-JVS<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**Current Sentencing Hearing Date: August 17, 2026**<br><br>**Proposed Sentencing Hearing Date: December 7, 2026 at 10:00 a.m.** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff United States of America, by and through its attorney of record Assistant United States Attorney Mark Takla, and Bar'ee Boyd, by and through his attorney of record Christy O'Connor, that the sentencing hearing in this matter, currently scheduled for August 17, 2026, be continued to December 7, 2026 at 10:00 am, for the following reasons:

1. On August 6. 2025, Mr. Boyd was charged by Indictment with mail fraud, in violation of 18 U.S. C. § 1341; and aggravated identity theft, in violation of 18 U.S.C. § 1028A. Dkt. No. 1. He made his initial appearance on October 3, 2025, and was released on bond. Dkt. No. 35.

2. On December 22, 2025, Mr. Boyd signed a plea agreement, and on January 13, 2026, he pled guilty to a single count of mail fraud. Dkt. Nos. 78, 81.

3. Sentencing in this case was originally set for July 7, 2026, but on June 24, the Court granted the parties' stipulation to continue the hearing to August 17, 2026. Dkt. No. 103.

4. The parties hereby request a second continuance of the sentencing hearing, this time to December 7, 2026.

5. Specifically, defense counsel is in need of additional time to gather mitigation in support of Mr. Boyd's sentencing, including a medical report.

IT IS SO STIPULATED.

Dated: July 28, 2026

Respectfully submitted,

*/s/ Christy O'Connor*
CHRISTY O'CONNOR
Attorney for Defendant
Bar'ee Daquez Boyd

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER WAIER
Assistant United States Attorney
Acting Chief, Criminal Division

/s/ *Mark Takla*
MARK TAKLA
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA